**Order entered December 29, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00602-CR

**CHRISTOPHER LEN BARBER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1335500-V**

## ORDER

We **GRANT** the State's second motion for extension of time to file brief and **ORDER**

the brief tendered to the Clerk of the Court December 17, 2015 filed as of the date of this order.


/s/     DOUGLAS S. LANG
        PRESIDING JUSTICE